UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

2014 AUG -6  AM 11: 44

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: SA:14-CR-211(FB) |
| | § | |
| Plaintiff, | § | SUPERSEDING INDICTMENT |
| v. | § | |
| | § | [In violation of: |
| CARL WADE BAILES, | § | 18 U.S.C. § 2252A(a)(2) |
| | § | Distribution of Child Pornography; |
| Defendant. | § | 18 U.S.C. § 2252A(a)(2) |
| | § | Receipt of Child Pornography; |
| | § | 18 U.S.C. § 2252A(a)(5)(B) |
| | § | Possession of Child Pornography; |
| | § | 18 U.S.C. §2251(a) |
| | § | Production of Child Pornography] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
[18 U.S.C. § 2252A(a)(2)]

On or about September 20, 2012, within the Western District of Texas, and elsewhere, the

Defendant,

**CARL WADE BAILES,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code,

Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate

and foreign commerce,

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

**COUNT TWO**
[18 U.S.C. § 2252A(a)(2)]

On or about October 4, 2012, within the Western District of Texas, and elsewhere, the

Defendant,

**CARL WADE BAILES,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code,

Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate

and foreign commerce,

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT THREE
[18 U.S.C. § 2252A(a)(2)]

Between September 20, 2012, and October 4, 2012, within the Western District of Texas, and elsewhere, the Defendant,

**CARL WADE BAILES,**

did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT FOUR
[18 U.S.C. § 2252A(a)(5)(B)]

On or about September 20, 2012, within the Western District of Texas, the Defendant,

**CARL WADE BAILES,**

did knowingly possess material, specifically, a Dell Latitude D420 laptop computer, which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, and which had been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FIVE
[18 U.S.C. § 2252A(a)(5)(B)]

On or about October 4, 2012, within the Western District of Texas, the Defendant,

**CARL WADE BAILES,**

did knowingly possess material, specifically, a Dell Latitude D420 laptop computer, which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, and which had been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT SIX
[18 U.S.C. § 2251(a)]

From in or about June, 2011, through September 2012, within the Western District of Texas, the Defendant,

**CARL WADE BAILES,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV1, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct and which visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).


A TRUE BILL.

FOREPERSON OF THE GRAND JURY


ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _Tracy Thompson_

TRACY THOMPSON
Assistant United States Attorney