UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| V. | § | CRIMINAL NO.: SA-14-CR-211 FB |
| CARL WADE BAILES, | § | |
| Defendant. | § | |

## GOVERNMENT'S EXHIBIT LIST

| No. | Description | Intro. (Source) | Date Admitted |
| --- | --- | --- | --- |
| 1 | Available files listing 9-20-12 | SA Cecchini | |
| 2 | List of downloaded files 9-20-12 | SA Cecchini | |
| 3 | Child exploitation images downloaded on 9-20-12 | SA Cecchini | |
| 4 | Available files listing 10-4-12 | SA Cecchini | |
| 5 | List of downloaded files 10-4-12 | SA Cecchini | |
| 6 | Child exploitation images downloaded on 10-4-12 | SA Cecchini | |
| 7 | AT&T Business Records Certification 9-20-12 | C. Deakin | |
| 8 | AT&T Business Records Certification 10-4-12 | C. Deakin | |
| 9a-b | Interview DVD of Carl Bailes on 10-10-12 | Det. Kobryn | |
| 10 | Dell D420 laptop computer containing hard drive | Det. Kobryn | |
| 11 | Miranda Warning 10-10-12 | Det. Kobryn | |
| 12 | Property Receipt – Dell Laptop computer | Det. Kobryn | |
| 13 | InTown Suites rental information | B Needham | |
| 14 | InTown Suites internet information | B. Needham | |
| 15 | Log in to InTown Suites wireless internet | J. Thompson | |
| 16 | Search Warrant 10-22-12 re: electronic devices | SA Allovio | |

| No. | Description | Intro. (Source) | Date Admitted |
|---|---|---|---|
| 17 | Property Receipt signed by Deanna Hall | SA Allovio | |
| 18 | Western Digital external hard drive | SA Allovio | |
| 19 | Docking Station | SA Allovio | |
| 20 | Search Warrant 2-25-14 at Flatten Rd. | SA Allovio | |
| 21 | Floor plan of Bailes home | SA Allovio | |
| 22 | Search Warrant photographs | SA Allovio | |
| 23 | Booking Photos of Carl Bailes | SA Allovio | |
| 24 | Pillows | SA Allovio | |
| 24 | Bedspread | SA Allovio | |
| 25 | Fan | SA Allovio | |
| 26 | Alarm clock | SA Allovio | |
| 27 | Biometric Box | SA Allovio | |
| 28 | Bra | SA Allovio | |
| 29 | Digital camera | SA Allovio | |
| 30 | XD card from digital camera | SA Allovio | |
| 31 | M.B. Mole photos | SA Allovio | |
| 32 | Drawing by A.B. | SA Allovio | |
| 33 | Hash value match on devices: Dell laptop; WD external hard drive; camera card | SA Miller | |
| 34a-c | Child exploitation images from camera card | SA Miller | |
| 35 | Child exploitation images from Dell laptop | SA Miller | |
| 36 | Windows information / users / current version | SA Miller | |
| 37 | Frostwire installation screen shots | SA Miller | |
| 38 | Frostwire folder structure | SA Miller | |
| 39 | Frostwire.props | SA Miller | |
| 40 | SHA1 and names of files downloaded by UC on 10-4-12 | SA Miller | |

| No. | Description | Intro. (Source) | Date Admitted |
|---|---|---|---|
| 41 | Downloads.dat | SA Miller | |
| 42 | SHA1 of image 10-4-12 | SA Miller | |
| 43 | Windows event viewer | SA Miller | |
| 44 | IP from UC session 1 | SA Miller | |
| 45 | IP from UC session 2 | SA Miller | |
| 46 | SHA1 and names of files downloaded by UC on 9-20-12 | SA Miller | |
| 47 | Index.dat | SA Miller | |
| 48 | Windows Registry | SA Miller | |
| 49 | Windows Media Player | SA Miller | |
| 50 | Music files | SA Miller | |
| 51 | '69 Chevrolet | SA Miller | |
| 52 | American Dad | SA Miller | |
| 53 | Masonic History of the CIA | SA Miller | |
| 54 | Event Viewer - Laptop shut down on 10-4-12 | SA Miller | |
| 55 | Wise Disk Cleaner | SA Miller | |
| 56 | File Shredder | SA Miller | |
| 57 | Eraser | SA Miller | |
| 58 | Recycle Bin | SA Miller | |
| 59 | InTown Suites Wireless in Registry | SA Miller | |
| 60 | Event Viewer – InTown Suites | SA Miller | |
| 61 | Files on desktop | SA Miller | |
| 62 | Firefox bookmarks | SA Miller | |
| 63 | Child exploitation images / videos from WD external hard drive | SA Miller | |
| 64 | Child exploitation images / videos of MB on WD external hard drive | SA Miller | |
| 65 | Link files | SA Miller | |

| No. | Description | Intro. (Source) | Date Admitted |
|---|---|---|---|
| 66 | WD external hard drive volume serial number | SA Miller | |
| 67 | Lease information of property on Flatten Rd | T. B. | |
| 68 | Text messages between MB and C. Bailes | M. B | |
| 69 | Facebook posts | M. B | |
| 70 | Cellebrite Report – MB Telephone | Dpty. Tobleman | |
| 71 | Jail calls of C. Bailes | Dpty. Beal | |
| 72 | Interview DVD of MB at ChildSafe | C. Briones | |
| 73 | Interview DVD of AB at ChildSafe | C. Briones | |
| 74 | | | |
| 75 | Transfm lptp access information | SA Miller | |
| 76 | UC download CD from 9-20-12 | SA Cecchini | |
| 77 | UC download CD from 10-4-12 | SA Cecchini | |
| 78 | | | |
| 79 | | | |
| 80 | | | |
| 81 | | | |
| 82 | | | |
| 83 | | | |
| 84 | | | |

Respectfully submitted,

RICHARD L. DURBIN
Acting United States Attorney

By:      /s/
TRACY THOMPSON
Assistant United States Attorney
601 N. W. Loop 410, Ste. 600
San Antonio, Texas 78216
Tel:   (210) 384-7150
Fax:   (210) 384-7118