```
 1                     UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF TEXAS
 2                         SAN ANTONIO DIVISION

 3   UNITED STATES OF AMERICA,    )
                                  )
 4        Plaintiff,              )
                                  )
 5         vs.                    )   Docket No. SA-14-CR-211(1)-FB
                                  )
 6   CARL WADE BAILES,            )   San Antonio, Texas
                                  )   August 21, 2014
 7        Defendant.              )
     _____)
 8
                         TRANSCRIPT OF MOTION HEARING
 9                   BEFORE THE HONORABLE FRED BIERY
                    CHIEF UNITED STATES DISTRICT JUDGE
10
     A P P E A R A N C E S:
11
     FOR THE PLAINTIFF:
12       UNITED STATES ATTORNEY'S OFFICE
         By:  Tracy Thompson, Esquire
13       601 N.W. Loop 410, Suite 600
         San Antonio, TX  78216
14
     FOR THE DEFENDANT:
15       FEDERAL PUBLIC DEFENDER'S OFFICE
         By:  R. Clark Adams, Esquire
16       727 East Cesar E. Chavez Blvd., Room B-207
         San Antonio, TX  78206
17
     COURT REPORTER:
18       CHRIS POAGE
         United States Court Reporter
19       655 E. Cesar E. Chavez Blvd., Rm. 314
         San Antonio, TX  78206
20       Telephone:  (210) 244-5036
         chris_poage@txwd.uscourts.gov
21
     Proceedings reported by stenotype, transcript produced by
22   computer-aided transcription.

23

24

25
```

```
 1        (Open court, defendant present)
 2             THE COURT:  What about Mr. Bailes?
 3             MR. ADAMS:  Your Honor, that was just reindicted, and
 4   we need a setting, preferably a couple of months from now.
 5             THE COURT:  Okay.  Where is Mr. Bailes?  Is he --
 6             MR. ADAMS:  On the end.
 7             THE COURT:  Okay.  All right.  Superceding
 8   indictment?
 9             MR. ADAMS:  Yes, Your Honor.
10             THE COURT:  Okay.
11             MR. ADAMS:  Adding a substantially different count
12   that requires a complete shift in how the case is approached.
13             THE COURT:  Okay.  Ms. Thompson, any objection to 60
14   days?
15             MS. THOMPSON:  No, Your Honor.
16             THE COURT:  All right.  Mr. Bailes, your case is
17   reset for 60 days.  Thank you.
18             Now, do you-all have any others together?
19             MS. THOMPSON:  No other cases together, but I believe
20   Mr. Bailes will be a jury trial.  So I don't know if we could
21   get a trial setting for that case.
22             THE COURT:  Okay.  Ms. Vela will look, but it will be
23   next spring.  And that's assuming I don't retire and move on.
24   But we're backed up all the way to the end of the year,
25   which -- but I probably won't.  But anyway, it'll be next
```

```
 1  spring -- winter or spring.  So, Ms. Vela, if you'll look for
 2  Mr. Bailes when we get through and find a date.
 3          A week?  Less?  More?
 4          MS. THOMPSON:  No --
 5          MR. ADAMS:  I've never tried a weeklong case unless
 6  there have been 20 defendants.
 7          THE COURT:  Yeah.
 8          MS. THOMPSON:  Probably three to four days.  It does
 9  involve a juvenile victim, however.
10          THE COURT:  Okay.  Well, that's another coordination
11  issue.  Lives here?
12          MS. THOMPSON:  Yes.
13          THE COURT:  The juvenile?
14          MS. THOMPSON:  Yes, sir.
15          THE COURT:  Okay.  All right.  60 days, we'll look at
16  it.  And then we'll -- by that time Ms. Vela will have found a
17  date.
18          MS. THOMPSON:  Thank you, Your Honor.
19          THE COURT:  All right.  Thank you.
20          Thank you, Counsel.
21  * * *
22      (End of requested transcript)
23
24
25
```

```
 1                              -oOo-
 2           I certify that the foregoing is a correct transcript
 3   from the record of proceedings in the above-entitled matter.  I
 4   further certify that the transcript fees and format comply with
 5   those prescribed by the Court and the Judicial Conference of
 6   the United States.
 7
 8   Date:  1/10/2016
                                 /s/ Chris Poage
 9                               United States Court Reporter
                                 655 E. Cesar E. Chavez Blvd., Rm. 314
10                               San Antonio, TX  78206
                                 Telephone:  (210) 244-5036
```